UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff                )<br>                                        )<br>vs.                                   )<br>*Ismael Santiago-*          )<br>*Gonzalez*                      )<br>       Defendant(s)        )<br>                                        ) | 07cr3033-JM<br>CRIMINAL NO. 07mj2480<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 05292298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Jose Jesus Flores-Zamora*

DATED: 11-8-07

**William McCurine, Jr.**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR. / Clerk
by _____
       Deputy Clerk